UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.
Plaintiff,

v.

SPRINT CORPORATION AND AMERICAN TELECASTING OF YOUNGSTOWN, INC.,
Defendants.

Case No. 04-473T

**STIPULATION OF DISMISSAL AS TO**
**DEFENDANT SPRINT CORPORATION**

Pursuant to Fed. R. Civ. P. 41, the undersigned parties do hereby stipulate and agree that the defendant Sprint Corporation shall be dismissed from this action without prejudice (with each party to bear its own costs and fees). The defendant American Telecasting of Youngstown, Inc. ("ATY") hereby waives any claim that it is not the proper party defendant in this action and acknowledges responsibility for and agrees to discharge any and all indebtedness to plaintiff, if any, arising out of the agreement at issue in this action.

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.
By its attorneys,

**EDWARDS & ANGELL**
Mark A. Pogue (Bar #3441)
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 274-6611 Facsimile

SPRINT CORPORATION and AMERICAN TELECASTING OF YOUNGSTOWN, INC.,
By their attorneys,

**BROWN RUDNICK BERLACK ISRAELS LLP**
Jennifer L. Brooks (Bar #6176)
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Facsimile

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 8/16/05