**ITFS EXCESS CAPACITY AIRTIME LEASE AGREEMENT**

THIS AGREEMENT, is made this _____ day of _______________, 19__ by North American Catholic Educational Programming Foundation, Inc. (hereinafter referred to as "Lessor") having its principal place of business at P.O. Box 40026, Providence, RI 02940-0026 (overnight mail - 47 Meadowview Blvd., N. Providence, RI 02904) and American Telecasting, Inc. (hereinafter referred to as "Lessee") having its principal place of business at 812 South Tejon Street, Colorado Springs, CO 80903.

WHEREAS, the Federal Communications Commission ("FCC") has authorized licenses for Instructional Television Fixed Service ("ITFS") channels and has authorized the licensee to lease excess capacity to non-ITFS users; and

WHEREAS, Lessor intends to be the applicant for and become the holder of licenses or construction permits issued by the FCC for the operation of four (4) ITFS Channels as designated by subpart I of Part 74 of the FCC's rules in the Youngstown, Ohio Metropolitan Area ("The Metropolitan Area").

WHEREAS, Lessee is in the business of providing subscription television programming to its paying customers via microwave transmission known as Wireless Cable and is desirous of leasing excess ITFS capacity; and

WHEREAS, Lessee believes that practical adjacent channel operation of the ITFS spectrum is feasible and the parties agree that any of the above referenced ITFS Channels licensed or granted to Lessor by the FCC in the band 2500 - 2700 MHz, whether interleaved, adjacent, or non-contiguous are encompassed by this

[redacted]

IN WITNESS WHEREOF, the parties hereto have executed this Agreement at Colorado Springs, Co this 3rd day of December, 1991.

LESSOR: North American Catholic Educational Programming Foundation, Inc.

BY: John Primeau
John Primeau
President

executed at Providence, RI
12-4-91

LESSEE: American Telecasting of Youngstown, Inc.

BY: 
Brian E. Gast
CEO & President