**THIRD AMENDMENT TO**
**ITFS EXCESS CAPACITY AIRTIME LEASE AGREEMENT**

This AMENDMENT TO ITFS EXCESS CAPACITY AIRTIME LEASE AGREEMENT (the "Amendment") is entered into by and between North American Catholic Educational Programming Foundation, Inc. ("Lessor") and American Telecasting of Youngstown, Inc. ("Lessee") as of May, 30, 1997.

WHEREAS, Lessor is licensed by the Federal Communications Commission to operate Instructional Television Fixed Service ("ITFS") station WLX-851 (the "Station") on Channels C1-C4 (the ("Leased Channels") in Youngstown, Ohio;

WHEREAS, Lessor and Lessee are parties to that certain ITFS Excess Capacity Airtime Lease Agreement (the "Lease") with respect to the Station dated as of December 4, 1991, as amended;

WHEREAS, the Initial Term commenced as of April 30, 1993 and the Renewal Term, if any, will commence as of April 30, 1998;

NOW, THEREFORE, in consideration of the mutual promises and conditions contained herein, the parties agree as follows:

1. Paragraph 1(B) of the Agreement is amended to read as follows:

**B) Renewal Term.**

(a) Provided Lessee's rights have not been terminated pursuant to Paragraph 9(a), this Agreement shall automatically and without further notice be extended for one (1) additional term (such additional term is hereinafter referred to as the "Renewal Term") of five (5) years unless and until Lessee shall have served written notice on Lessor at least sixty (60) days prior to the expiration date of the Initial Term that Lessee elects not to renew this Agreement for the Renewal Term. It is acknowledged and agreed that Lessee shall have the absolute right not to renew this Agreement notwithstanding any provision hereof to the contrary.

(b) Unless terminated pursuant to any applicable provision of the Agreement, this Agreement shall automatically and without further notice be extended for an additional renewal term (the "Additional Renewal Term") of five (5) years, unless the number of Subscribers to Lessee's System, as of the day that is ninety (90) (the "Subscriber Date") days prior to the expiration date of the Renewal Term, does not equal or exceed 7,882 (the number of Subscribers to Lessee's System as of January 31, 1997, multiplied by a factor of two (the "Subscriber Multiple")), in which event, the Agreement shall expire at the end of the Renewal Term unless Lessor, at

[redacted]

its sole option and discretion, elects to renew the Agreement for the Additional Renewal Term (the "Renewal Option"). Lessee shall provide Lessor with the number of Subscribers to Lessee's System (the "Subscriber Information") as of the Subscriber Date no later than ten (10) days subsequent to the Subscriber Date. In the event the number of Subscribers to Lessee's System on the Subscriber Date does not equal or exceed the Subscriber Multiple and unless Lessor exercises its Renewal Option within ten (10) days from receipt of the Subscriber Information, Lessor shall be deemed to have not exercised the Renewal Option and the Agreement shall expire at the end of the Renewal Term.

2. Paragraph 2(J) of the Agreement is amended to read as follows:

J) **Expanded System Capacity**.

Lessee shall have the right at any time to require Lessor to file with the FCC any necessary application to expand the Station's channel capacity to enable it to carry more than one video signal per channel ("Channel Capacity Expansion"); provided however, before Lessee can exercise this right, it must demonstrate to Lessor's reasonable satisfaction that such modification will not materially degrade the performance of the Station nor impair signal quality at the ITFS receive points and further provided that all ITFS Channels shall be expanded contemporaneously in time with each other and at the same time as Lessee commences a Channel Capacity Expansion of a fifth (5th) channel (ITFS, MDS or MMDS) in Lessee's System. A Channel Capacity Expansion of the ITFS Channels shall be at a ratio equal to the highest level at which any other channel (ITFS, MDS or MMDS) in Lessee's System is expanded pursuant to a Channel Capacity Expansion. Once such modification has been constructed, the modified facilities shall automatically be considered a part of this agreement and subject to all terms and conditions hereof; provided however, that upon a Channel Capacity Expansion, the total of the Programming and Subscriber Royalty Fees ("Total Fees") payable to Lessor from Lessee shall be increased by an amount equal to twenty five (25) percent of the Total Fees. It is understood that, notwithstanding anything to the contrary herein and to the extent permitted by FCC rules, Lessee shall have the full time use of the Expanded Channels created from the Channel Capacity Expansion of three (3) of the ITFS Channels and that Lessor shall have the full time use of the Expanded Channels created from the Channel Capacity Expansion of the fourth (4th) ITFS Channel.

3. The second sentence of Paragraph 4 of the Agreement deleted and replaced with the following:

> Lessor may designate up to twenty (20) operating receive sites.

4. This Amendment is effective as of the date first written above.

5. Except as otherwise specified herein, terms defined in the Agreement are used herein with their defined meanings.

6. Notwithstanding anything to the contrary herein or in the Agreement, Lessor and Lessee agree that this Amendment shall not give rise to any rights or remedies beyond the expiration of any FCC license necessary for the continued operation of the ITFS Channels, whether such expiration occurs during the Initial Term the Renewal Term, the Additional Renewal Term or any extension of the Agreement.

7. Notwithstanding anything to the contrary herein, paragraph 1(C) of the Agreement shall remain in full force and effect as to the Renewal Term, unless the term of the Agreement is extended pursuant to the Additional Renewal Term, however, in the event the term of the Agreement is extended for the Additional Renewal Term, then the provisions of paragraph 1(C) shall apply to the Additional Renewal Term and all references to the Renewal Term therein shall be deemed to refer to the Additional Renewal Term.

8. This Amendment may be executed in one or more counterparts, each of which shall be deemed an original, but all of which, together, constitute one and the same instrument.

**THE NEXT PAGE IS THE SIGNATURE PAGE**

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date first written above.

**NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.**

By: ______________________
John Primeau
President

**AMERICAN TELECASTING, OF YOUNGSTOWN, INC.**

By: ______________________
Robert D. Hostetler
President & CEO

HJB/de
f:\wp\2057NN\Renew.amd