# NACEPF

Channel Lease Analysis - Sprint BWG

| Channel Group | For the month of | Avg subs | Addt'l subs to meet requirement | Per sub rate 1 | Per sub rate 2 | Monthly min | Annual min | Pyt total |
|---|---|---|---|---|---|---|---|---|
| Bradenton D | Jan-03 | 0 | 7,704 | 0.20 | 0.10 | $1,000.00 | $6,069.31 | $2,540.80 |
| Colorado Springs B | Jan-03 | 3,029 | 26,393 | 0.20 | 0.10 | $1,000.00 | $6,498.35 | $8,826.60 |
| Columbus C | Jan-03 | 321 | 11,248 | 0.20 | 0.08 | $1,000.00 | $6,069.31 | $3,313.80 |
| Denver C4 | Jan-03 | 3,052 | 38,788 | 0.10 | 0.05 | $543.33 | $2,646.73 | $6,276.00 |
| Fresno B | Jan-03 | 1,696 | 25,234 | 0.20 | 0.08 | $1,000.00 | $5,142.28 | $7,540.40 |
| Lansing A | Jan-03 | 270 | 4,236 | 0.20 | 0.08 | $815.00 | $5,508.04 | $1,716.20 |
| Little Rock C | Jan-03 | 676 | | 0.08 | | $1,021.54 | $5,555.22 | $1,484.48 |
| South Bend A | Jan-03 | 1,570 | 7,962 | 0.20 | 0.08 | $792.33 | $5,000.00 | $2,698.73 |
| Santa Rosa D | Jan-03 | 0 | 6,036 | 0.20 | 0.08 | $1,000.00 | $5,364.48 | $2,207.20 |
| Seattle D | Jan-03 | 0 | 15,435 | 0.10 | 0.00 | $1,000.00 | $6,069.31 | $2,543.50 |
| Youngstown C | Jan-03 | 1,616 | | 0.20 | 0.10 | $1,000.00 | $5,000.00 | $1,416.67 |
| Yuba City A | Jan-03 | 706 | | 0.20 | 0.10 | $1,028.46 | $5,433.33 | $1,481.24 |
| Spokane C | Jan-03 | 2,119 | | 0.225 | | $1,250.00 | | $1,726.76 |
| Phoenix C | Feb-03 | 8,606 | | 0.10 | | $1,500.00 | $5,000.00 | $2,666.64 |
| Salt Lake City A | Feb-03 | 0 | | 0.075 | | $1,000.00 | $5,000.00 | $1,416.67 |
| Boise A | Jan-03 | 8,948 | | 0.25 | | $3,503.25 | | $3,503.25 |
| Ft. Pierce G | Jan-03 | 2,637 | | 0.25 | | $2,796.08 | | $2,796.08 |
| Kennewick A | Jan-03 | 1,395 | | 0.25 | | $2,721.65 | | $2,721.65 |
| Melbourne B | Jan-03 | 1,755 | | 0.25 | | $3,317.16 | | $3,317.16 |
| Yakima D12 | Jan-03 | 3,298 | | 0.25 | | $2,721.65 | | $2,721.65 |
| | | | | | | | | **$62,915.47** |

For inquiries:
Sprint BWG Spectrum Management
6360 Sprint Parkway
Mailstop: KSOPHE0310-3A570
Overland Park, KS 66251
Phone: 913.762.2286
Fax: 913.762.0556

[redacted]