# Youngstown Renewal Term April 30, 2003 thru April 30, 2008

| Period | Month Period | ROYALTY / TRANSMISSION FEES Sub count Minimum | rate per sub | | Minimum no less than | PROGRAMMING FEES Sub count Minimum | rate per sub | | Minimum no less than | COMBINED TOTALS of highest due payment | | | Total Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/1/2003 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 2 | 7/1/2003 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 3 | 8/1/2003 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 4 | 9/1/2003 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 5 | 10/1/2003 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 6 | 11/1/2003 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 7 | 12/1/2003 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 8 | 1/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 9 | 2/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 10 | 3/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 11 | 4/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 12 | 5/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 13 | 6/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 14 | 7/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 15 | 8/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 16 | 9/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 17 | 10/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 18 | 11/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 19 | 12/1/2004 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 20 | 1/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 21 | 2/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 22 | 3/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 23 | 4/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 24 | 5/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 25 | 6/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 26 | 7/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 27 | 8/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 28 | 9/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 29 | 10/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 30 | 11/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 31 | 12/1/2005 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 32 | 1/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 33 | 2/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 34 | 3/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 35 | 4/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 36 | 5/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 37 | 6/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 38 | 7/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 39 | 8/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 40 | 9/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 41 | 10/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 42 | 11/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 43 | 12/1/2006 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 44 | 1/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 45 | 2/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 46 | 3/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 47 | 4/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 48 | 5/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 49 | 6/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 50 | 7/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 51 | 8/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 52 | 9/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 53 | 10/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 54 | 11/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 55 | 12/1/2007 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 56 | 1/1/2008 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 57 | 2/1/2008 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 58 | 3/1/2008 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 59 | 4/1/2008 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | |
| 60 | 4/30/2008 | 7882 | $0.10 | $788.20 | $1,000.00 | 7882 | 0.2 | $1,576.40 | $416.67 | $1,000.00 | $1,576.40 | $ | 2,576.40 | $ 154,584.00 Total for 60month Renewal Term |

[redacted]