WOMBLE CARLYLE SANDRIDGE & RICE
A PROFESSIONAL LIMITED LIABILITY COMPANY

Seventh Floor
1401 Eye Street, N.W.
Washington, DC 20005

Telephone: (202) 467-6900
Fax: (202) 467-6910
Web site: www.wcsr.com

**STAMP & RETURN**

Howard J. Barr
Direct Dial: (202) 857-4506
Direct Fax: (202) 261-0006
E-mail: hbarr@wcsr.com

December 2, 2002

RECV'D & INSPECTED
DEC 0 4 2002
FCC-GBG MAILROOM

Federal Communications Commission
1270 Fairfield Road
Gettysburg, PA 17325

**Re: FCC Form 330-R – Application for Renewal
ITFS Station WLX851, Youngstown, Ohio
Facility ID No. 47259; FRN 0006-6860-18**

Dear Sir or Madam:

Transmitted herewith on behalf of North American Catholic Educational Programming Foundation, Inc. ("NACEPF"), the licensee of ITFS station WLX851, Youngstown, Ohio is an original and one copy of its application for renewal of the WLX851 ITFS station authorization.

Please date stamp the copy marked "Stamp & Return" and return to us in the enclosed, self-addressed, postage paid envelope.

Should any questions arise in connection with this matter, kindly contact the undersigned.

Respectfully submitted,

Howard J. Barr

Enclosure

cc: Mr. John Primeau
Ms. Nicole Rowland

WASHINGTON 74762v1
HJB/de
2057NN.X.330R.WLX851.Youngstown [47153.0041.7]



EXHIBIT
A