-----Original Message-----
**From:** Rowland, Nichole [CC] [mailto:nichole.d.rowland@mail.sprint.com]
**Sent:** Friday, January 03, 2003 3:40 PM
**To:** Barr, Howard
**Subject:** RE: Youngstown -- NACEPF

Howard

The station is analog, the EIRP is 26. Let me know if you need anything else.

Thanks!
Nichole

-----Original Message-----
**From:** Barr, Howard [mailto:HBarr@wcsr.com]
**Sent:** Thursday, January 02, 2003 12:10 PM
**To:** Rowland, Nichole [CC]; Bu, Lisa M [CC]; Bolton, Jacqueline B [CC]
**Subject:** Youngstown -- NACEPF

Please see Confidentiality Notice before reading email.
*****************************************************************

Can one of you confirm the EIRP for NACEPF's WLX851, Youngstown, Ohio. Also the emission designators. Thanks

Howard

*Howard J. Barr*

**Womble Carlyle Sandridge & Rice, PLLC**

E-mail: hbarr@wcsr.com

Voice: 202-857-4506 Fax:202-261-0006

Web Server: http://www.wcsr.com

*****************************************************************
CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments.

EXHIBIT

B