COPY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.
Plaintiff,

v.

AMERICAN TELECASTING OF YOUNGSTOWN, INC.,
Defendant.

Case No. 04-473T

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, American Telecasting of Youngstown ( "ATY"), hereby moves for a brief extension of time in which to respond to Plaintiff's motion for summary judgment. ATY respectfully requests that it be provided until November 14, 2005 to respond to Plaintiff's motion. In support of this Motion, ATY states as follows:

1. On October 21, 2005, Plaintiff filed its motion for summary judgment along with two supporting affidavits and a statement of allegedly undisputed facts. These documents were served by first class mail and received by Defendant on October 26, 2005. (Given the delay in receiving Plaintiff's papers, as a courtesy, at the request of Defendant's counsel, Plaintiff's counsel provided a facsimile copy of the documents shortly prior to the close of business the previous day).

2. Defendant's counsel telephoned Plaintiffs counsel on November 4, 2005 and requested a one-week extension to respond the summary judgment motion. Upon

conferring with his client, Plaintiff's counsel graciously assented to this request.

3. Plaintiff's motion relies on several assertions of fact made in Plaintiff's Local Rule 12.1 statement and supporting affidavits that ATY disputes. In order to fully respond to these factual assertion, Defendant requires additional time to secure its own affidavit from an out-of-state (Kansas) affiant.

4. Further, Plaintiff raises a number of legal arguments that requiring briefing by the Defendant. Such briefing would benefit from the requested extension of time

5. This matter is not currently set for trial, and accordingly the additional time sought herein would not result in any prejudice to the Plaintiff.

WHEREFORE, ATY respectfully requests that the Court grant this Motion and enter an order allowing ATY until November 14, 2005 in which to respond to Plaintiff's Motion for Summary Judgment.

GRANTED

Ernest C. Torres
Chief, US District Judge
11/8/05

AMERICAN TELECASTING OF YOUNGSTOWN, INC.,
By its attorneys,

BROWN RUDNICK BERLACK ISRAELS LLP
Jennifer L. Brooks (Bar #6176)
Wayne F. Dennison (admitted *pro hac vice*)
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Facsimile

Dated: November 4, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2005 I sent this document via first class mail, postage prepaid, to Mark A. Pogue, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903.

Jennifer L. Brooks