UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.
Plaintiff,
v.

AMERICAN TELECASTING OF YOUNGSTOWN, INC.,
Defendant.

Case No. 04-473T

**DEFENDANT'S MOTION FOR ONE (1) DAY FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, American Telecasting of Youngstown ( "ATY"), hereby moves for a one (1) day further extension of time in which to file its papers, submitted herewith, in response to Plaintiff's Motion For Summary Judgment. ATY respectfully requests that it be provided until November 15, 2005 to respond to Plaintiff's motion. In support of this Motion, ATY states as follows:

1. On November 14, 2005, counsel for the Defendant attempted to its file papers in response to Plaintiff's motion for summary judgment, but arrived at the Clerk's office a few minutes after 4:30 p.m.
2. Counsel was delayed, in part, by computer network problems experienced yesterday afternoon.
3. This matter is not currently set for trial, and accordingly the additional day sought herein would not result in any prejudice to the Plaintiff.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief US District Judge
11/17/05

WHEREFORE, ATY respectfully requests that the Court grant this Motion and enter an order allowing ATY to file its papers in response to Plaintiff's Motion For Summary Judgment on this day, November 15, 2005.

**AMERICAN TELECASTING OF YOUNGSTOWN, INC.,**
By its attorneys,

**BROWN RUDNICK BERLACK ISRAELS LLP**
Jennifer L. Brooks (Bar #6176)
Wayne F. Dennison (admitted *pro hac vice*)
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Facsimile

Dated: November 15, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2005 I sent this document via first class mail, postage prepaid, to Mark A. Pogue, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903.

Jennifer L. Brooks