C

**SECOND AMENDMENT TO**
**ITFS EXCESS CAPACITY AIRTIME LEASE AGREEMENT**

This AMENDMENT TO ITFS EXCESS CAPACITY AIRTIME LEASE AGREEMENT (the "Amendment") is entered into by and between North American Catholic Educational Programming Foundation, Inc. ("Lessor") and American Telecasting of Youngstown, Inc. ("Lessee") as of May, 30, 1997.

WHEREAS, Lessor is licensed by the Federal Communications Commission to operate Instructional Television Fixed Service ("ITFS") station WLX-851 (the "Station") on Channels C1-C4 (the ("Leased Channels") in Youngstown, Ohio;

WHEREAS, Lessor and Lessee are parties to that certain ITFS Excess Capacity Airtime Lease Agreement (the "Lease") with respect to the Station dated as of December 4, 1991, as amended;

WHEREAS, the Initial Term commenced as of April 30, 1993 and the Renewal Term, if any, will commence as of April 30, 1998;

WHEREAS, the Lease provides for the renegotiation of Lessee's programming fee to establish said fee for the Renewal Term (as defined in the Lease);

NOW, THEREFORE, in consideration of the mutual promises and conditions contained herein, the parties agree as follows:

1. Paragraph 7(B) of the Lease is amended to read as follows:

> B) **Availability of Programming**. For the acquisition and production of Lessor's qualified educational programming, Lessee shall pay to Lessor an annual programming fee ("Programming Fee") of five thousand dollars ($5,000.00) or the monthly subscriber fee of twenty (0.20) per subscriber (the "Programming Fee Basis"), whichever amount is greater. The Programming Fee Basis shall be adjusted annually by an amount equal to the percentage increase in the Consumer Price Index ("CPI") for all urban consumers in the Metropolitan Area. All computations of programming fees shall be based upon the average number of subscribers to Lessee's pay television service in the Metropolitan Area. As used herein, the term "subscriber" means a person who is paying for Lessee's basic (first-tier or entry-level) programming service. For purposes of this paragraph, the average number of subscribers shall equal the number of subscribers as of the last day of the prior month plus the number of subscribers as of the last day of the current month divided by two. For purposes of this paragraph, in situations where programming is sold in bulk (that is, where a number of viewing units are grouped for billing purposes, such as may be the case with hotels and multiple-dwelling units) the number of equivalent subscribers shall be determined by dividing the

total monthly revenue derived from such bulk billing by Lessee's then-prevailing retail monthly rate for the equivalent programming service to individual subscribers in the Metropolitan Area. If this Agreement is terminated on a date other than the last day of a calendar month, the programming fee for that month shall be prorated on a daily basis.

2. This Amendment is effective as of April 30, 1998 and payments to be made pursuant to paragraph (1) above shall commence as of that date.

3. Lessee and Lessor hereby extend the Lease through the Renewal Term.

4. Unless otherwise defined, the terms used herein shall have the same meaning given to them in the Lease.

5. This Amendment may be executed in one or more counterparts, each of which shall be deemed an original, but all of which, together, constitute one and the same instrument.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date first written above.

**NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.**

By: ______________________
John Primeau
President

**AMERICAN TELECASTING, OF YOUNGSTOWN, INC.**

By: ______________________
Robert D. Hostetler
President & CEO

HJB/de
f:\wp\2057NN\2ndamend.lse