Sprint

Jennifer L. Crowder
Contract Administrator,
Spectrum Management

Strategic Planning & Corp. Development
6360 Sprint Parkway
Overland Park, KS 66251
Mailstop KSOPHE0310-3A522
Voice: 913.762.2368
Fax: 913.762.0523
jennifer.l.crowder@mail.sprint.com

March 9, 2004

**VIA FACSIMILE (202) 261-0006**

Mr. Howard J. Barr
Womble Carlyle Sandridge & Rice
Seventh Floor
1401 Eye Street, N.W.
Washington, DC 20005

Re: **ITFS Excess Capacity Airtime Lease Agreement dated December 3, 1991 ("Agreement")
Channel Group C in Youngstown, Ohio**

Dear Mr. Barr,

I am in receipt of your letter of December 18, 2003 regarding the above-referenced Agreement. For your records, please find enclosed a copy of the subscriber count that was sent via Federal Express for overnight delivery on February 13, 2003 to NACEPF at its official Notice address. Providing the subscriber count within 10 business days of the Subscriber Date (January 30, 2003) is reasonable under the circumstances. Additionally, subscriber count information has been provided, with the monthly lease fee payment, for at least the last 47 months. As you can see, the subscriber count was below the threshold established by the Amendment dated May 30, 1997, resulting in the expiration of the Agreement on April 30, 2003.

In your letter you state that, "Sprint did not provide NACEPF with either official Notice…or of the intent of Sprint to terminate." However, it was not incumbent upon Sprint to provide NACEPF with notice of intent to terminate. If you have in your possession a document imposing such an obligation, I would appreciate it if you would forward a copy to me.

Sincerely,

Jennifer L. Crowder

cc: File
Neil Brown
Mr. John Primeau, 2419 Hartford Ave., Johnston, RI 02919

Youngstown, OH (C)