UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., Plaintiff, | : | |
| v. | : | No. 04-473-T |
| AMERICAN TELECASTING OF YOUNGSTOWN, INC., Defendant. | : | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") moves for leave to exceed, by three pages, the five-page limit for reply memoranda established by this Court's Amended General Order #2002-01.

In support of this motion, NACEPF states that it filed an 11-page memorandum in support of its motion for summary judgment in this matter. Defendant filed an objection supported by a 19-page memorandum and 13-page affidavit. In its opposition brief and supporting affidavit, defendant raises a number of defenses and arguments that were not addressed in NACEPF's opening brief. NACEPF estimates that it will need up to eight pages to address these arguments effectively in its reply brief, although it will endeavor to present its responses in fewer than eight pages.

**Conclusion**

For the foregoing reason, NACEPF's Motion For Leave To Exceed Page Limit should be granted.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2005 a copy of the foregoing Motion For Leave To Exceed Page Limit was served by first class mail, postage prepaid to:

Wayne Dennison, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Jennifer L. Brooks, Esq.
Brown Rudnick Berlack Israels LLP
One Providence Washington Plaza
Providence, RI 02903



PRV_769236_1/MPOGUE