UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., Plaintiff, | : | |
| v. | : | No. 04-473-T |
| AMERICAN TELECASTING OF YOUNGSTOWN, INC., Defendant. | : | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") hereby moves for an extension of time, to and including December 2, 2005, to file a reply memorandum to the Defendant's Memorandum Of Law In Support Of Its Objection To Plaintiff's Motion For Summary Judgment.

In support of this motion, NACEPF states that the additional time is required because its counsel, Mark A. Pogue, will be traveling outside the state next week in connection with the Thanksgiving holiday.

NACEPF is authorized to represent that the defendant assents to the granting of this motion.

**Conclusion**

For the foregoing reasons, the time for NACEPF to file its reply memorandum should be extended to and including December 2, 2005.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2005 a copy of the foregoing Assented-To Motion For Extension Of Time was served by first class mail, postage prepaid to:

Wayne Dennison, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Jennifer L. Brooks, Esq.
Brown Rudnick Berlack Israels LLP
One Providence Washington Plaza
Providence, RI 02903



PRV_769196_1/MPOGUE