UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
NOV 22 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,
Plaintiff,

v. No. 04-473-T

AMERICAN TELECASTING OF YOUNGSTOWN, INC.,
Defendant.

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") moves for leave to exceed, by three pages, the five-page limit for reply memoranda established by this Court's Amended General Order #2002-01.

In support of this motion, NACEPF states that it filed an 11-page memorandum in support of its motion for summary judgment in this matter. Defendant filed an objection supported by a 19-page memorandum and 13-page affidavit. In its opposition brief and supporting affidavit, defendant raises a number of defenses and arguments that were not addressed in NACEPF's opening brief. NACEPF estimates that it will need up to eight pages to address these arguments effectively in its reply brief, although it will endeavor to present its responses in fewer than eight pages.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 11/21/05

GRANTED.

David L Martin

DAVID L. MARTIN
United States Magistrate Judge
November 23, 2005