UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
NOV 22 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

FILED
NOV 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,
Plaintiff,

v.

AMERICAN TELECASTING OF YOUNGSTOWN, INC.,
Defendant.

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") hereby moves for an extension of time, to and including December 2, 2005, to file a reply memorandum to the Defendant's Memorandum Of Law In Support Of Its Objection To Plaintiff's Motion For Summary Judgment.

In support of this motion, NACEPF states that the additional time is required because its counsel, Mark A. Pogue, will be traveling outside the state next week in connection with the Thanksgiving holiday.

NACEPF is authorized to represent that the defendant assents to the granting of this motion.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 11/21/05

GRANTED.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
November 23, 2005