UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., | : | |
| Plaintiff, | : | |
| v. | : | No. 04-473-T |
| AMERICAN TELECASTING OF YOUNGSTOWN, INC., | : | |
| Defendant. | : | |

**SUPPLEMENTAL AFFIDAVIT OF JOHN PRIMEAU**

I, John Primeau, hereby declare and state as follows:

1. I am the president of North American Catholic Educational Programming Foundation, Inc. ("NACEPF"). I have personal knowledge of the facts set forth below.

2. I have reviewed the Affidavit Of Jennifer L. Crowder submitted by the defendant in support of its objection to NACEPF's motion for summary judgment in this case. That affidavit contains several statements which are not correct.

3. In paragraph 28 of her affidavit, Ms. Crowder states that I instructed Sprint to send "the monthly check and the NACEPF Channel Lease Analysis" by Federal Express each month to NACEPF's offices at 2419 Hartford Avenue in Johnston, Rhode Island. I deny this and my record search has not produced any document from NACEPF for such an assertion by this lawyer.

4. I also deny that I instructed American, or Jennifer Crowder, a lawyer and employee of Sprint, to send the Subscriber Information referred to in paragraph B(b) of the Third Amendment

by Federal Express to NACEPF's address in Johnston. Section B(b) is a critical legal renewal and survival clause that I would *only want delivered per the lease* by its specified means. Moreover, departing from the specified means of providing such an important legal notice would itself require an amendment to the lease, and this was never done.

4. The Third Amendment does not require NACEPF to provide notice to American of NACEPF's election to renew the Lease Agreement. Moreover, American (or Sprint) continued to make its regular monthly payments under the Agreement when the Additional Renewal Term began on May 1, 2003. In addition, American never informed NACEPF that it considered the Lease Agreement to have changed to a month-to-month arrangement after April 30, 2003. For all of these reasons, I understood that American knew that the Lease Agreement had been renewed.

John Primeau

Sworn to before me this 22nd day of December, 2005.

Notary Public
My Commission Expires: 4-7-08