UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., | : | |
| Plaintiff, | : | |
| v. | : | No. 04-473-T |
| SPRINT CORPORATION and AMERICAN TELECASTING OF YOUNGSTOWN, INC., | : | |
| Defendants. | : | |

**ASSENTED-TO MOTION TO EXTEND FILING DEADLINE**

Plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") hereby moves for an extension of time, up to and including January 9, 2006, to file its supplemental memorandum addressing the issue of whether the amount in controversy in this case meets the jurisdictional requirements of 28 U.S.C. § 1332(a).

NACEPF is authorized to represent that Defendants Sprint Corporation and American Telecasting of Youngstown, Inc. have no objection to the granting of this motion.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

Mark A. Pogue (#3441)
Jillian S. Folger-Hartwell (#6970)
EDWARDS ANGELL PALMER &
DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January, 2006 a copy of the foregoing Assented to Motion to Extend Filing Deadline was served by facsimile and first class mail, postage prepaid to:

Wayne Dennison, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Jennifer L. Brooks, Esq.
Brown Rudnick Berlack Israels LLP
One Providence Washington Plaza
Providence, RI 02903