UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,

Plaintiff,

v.

SPRINT CORPORATION and AMERICAN TELECASTING OF YOUNGSTOWN, INC.,

Defendants.

No. 04-473-T

**ASSENTED-TO MOTION TO EXTEND FILING DEADLINE**

Plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") hereby moves for an extension of time, up to and including January 9, 2006, to file its supplemental memorandum addressing the issue of whether the amount in controversy in this case meets the jurisdictional requirements of 28 U.S.C. § 1332(a).

NACEPF is authorized to represent that Defendants Sprint Corporation and American Telecasting of Youngstown, Inc. have no objection to the granting of this motion.

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.

By its Attorneys,

Mark A. Pogue (#3441)
Jillian S. Folger-Hartwell (#6970)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
Ernest C. Torres, Chief Judge
Date: 1/9/06

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
January 10, 2006