# SPRINT AGREES TO ACQUIRE AMERICAN TELECASTING, INC.

Company will gain access to 55 markets for local, long distance, data and Internet services

**James Fisher, 202-585-1946**
**james.w.fisher@mail.sprint.com**

**Kansas City, MO — April 27, 1999**

Sprint today announced it had entered into a definitive agreement to purchase American Telecasting, Inc., a Colorado Springs-based company that controls broadcast licenses that can be used to provide high speed Internet and data services in several major markets including Seattle, Wash., Las Vegas, Nev., Denver, Colo., Portland, Ore., and Toledo, Columbus and Cincinnati, Ohio.

ATI has the potential to reach an estimated 10 million households, offering Sprint another method to provide access to its Sprint Integrated On-Demand Network.

"Together with our recently announced merger with People's Choice TV, this transaction gives us a wireless alternative to deliver advanced communications services to our customers," said William T. Esrey, Sprint chairman and chief executive officer. "With both fixed wireless and Digital Subscriber Line options, we will be able to greatly extend the reach of Sprint's Integrated On-Demand Network to consumers and small businesses."

Using broadcast spectrum controlled by ATI, Sprint will be able to provide services to 55 markets primarily in the north central and western United States. Sprint already has begun building out DSL services and will have it available in 35 major markets by the end of the year.

Using this wireless service, Sprint can provide multi-megabit data, voice, Internet and video conferencing services through Sprint ION, using a small nine-inch antenna mounted on the roof or the side of a home or small business and pointed toward a Sprint tower. The wireless service is expected to reach as much as 80 percent of the households in a metropolitan area using a small number of transmitting towers. The transmission's high capacity will allow Sprint to deliver Sprint ION services without leasing telephone lines from local telephone companies.

The transaction must be approved by ATI stockholders, the Federal Communications Commission, and the U.S. Department of Justice. The approval process is expected to take four to six months.

Sprint has agreed to purchase 25.8 million shares of outstanding stock at a cost of $6.50 per share for a total of $167.8 million. In addition, Sprint will assume approximately $281 million in ATI debt. Sprint has entered into voting agreements with certain stockholders holding approximately 26 percent of outstanding shares of ATI to vote in favor of the transaction and against any competing offer.

Sprint already has introduced Sprint ION services to large business markets. Services for consumers and small businesses will roll out in the fourth quarter of this year and through the year 2000.

Sprint is a global communications company at the forefront of integrating long distance, local and wireless communications services and one of the largest carriers of Internet traffic. Sprint built and operates the United States' only nationwide all-digital, fiber-optic network and is a leader in advanced data communications services. Sprint has $17 billion in annual revenues and serves more than 17 million business and residential customers.

-30- RR/CS 042799

Copyright© Sprint 2006. All rights reserved.