**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.<br>Plaintiff,<br>v.<br><br>AMERICAN TELECASTING OF YOUNGSTOWN, INC.,<br>Defendant. | Case No. 04-473T |

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, American Telecasting of Youngstown ( "ATY"), hereby moves for a brief extension of time, to and including January 30, 2006, in which to respond to Plaintiff's Supplemental Memorandum in Support of Its Motion For Summary Judgment. In support of this motion, ATY is authorized to represent that the Plaintiff assents to the granting of this motion.

WHEREFORE, ATY respectfully requests that the Court grant this Motion and enter an order allowing ATY until January 30, 2006 in which to respond to Plaintiffs' Supplemental Memorandum in Support of Its Motion for Summary Judgment.

**AMERICAN TELECASTING OF YOUNGSTOWN, INC.,**

By its attorneys,

**BROWN RUDNICK BERLACK ISRAELS LLP**
Jennifer L. Brooks (Bar #6176)
Wayne F. Dennison (admitted *pro hac vice*)
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Facsimile

Dated: January 27, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2005 I sent this document via first class mail, postage prepaid, to Mark A. Pogue, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903.

Jennifer L. Brooks