**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.
Plaintiff,

v.

AMERICAN TELECASTING OF YOUNGSTOWN, INC.,
Defendant.

Case No. 04-473T

RECEIVED

FEB 03 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, American Telecasting of Youngstown ( "ATY"), hereby moves for a brief extension of time, to and including January 30, 2006, in which to respond to Plaintiff's Supplemental Memorandum in Support of Its Motion For Summary Judgment. In support of this motion, ATY is authorized to represent that the Plaintiff assents to the granting of this motion.

WHEREFORE, ATY respectfully requests that the Court grant this Motion and enter an order allowing ATY until January 30, 2006 in which to respond to Plaintiffs' Supplemental Memorandum in Support of Its Motion for Summary Judgment.

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
February 6, 2006

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination

Ernest C. Torres, Chief Judge

Date: 1/30/06