UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

v. CA No. 04-473-T

SPRINT CORPORATION[1] and
AMERICAN TELECASTING OF
YOUNGSTOWN, INC.

**ORDER OF DISMISSAL**

This case is hereby dismissed for lack of subject matter jurisdiction.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 5|1 , 2006

---

[1]Defendant Sprint Corporation ("Sprint") was dismissed without prejudice from this action on August 16, 2005, by agreement of the parties. See Stipulation of Dismissal as to Defendant Sprint Corporation (Document ("Doc.") #9)).